JANET L. CHUBB, ESQ.
Nevada State Bar No. 176
LOUIS M. BUBALA III, ESQ.
Nevada State Bar No. 8974
ARMSTRONG TEASDALE LLP
50 West Liberty, Suite 950
Reno, NV 89501
Telephone: 775.322.7400
Facsimile: 775.322.9049
Email: jchubb@armstrongteasdale.com
 and    lbubala@armstrongteasdale.com

Attorneys for Eddie and Alice Jean Mentaberry,
and George B. Mentaberry and Tammy Pollock
as trustees of the George B. Mentaberry Trust
(Collectively, the "Mentaberrys")

Electronically Filed On
June 24, 2013

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re

PAUL MARK JONES, JR. and MARY LYNN JONES,

Debtors.

Case No.: BK-N-13-50887-BTB

Chapter:   7

**STIPULATION FOR TERMINATION OF AUTOMATIC STAY AND TO VACATE REAL PROPERTY**

Hearing Date:  June 25, 2013
Hearing Time:  10:00 a.m.

Mentaberrys, by and through their counsel, Armstrong Teasdale LLP, and Debtors, by and through their counsel, Michael Lehners, Esq., hereby stipulate as follows:

1.    Debtors agree that the automatic stay of 11 USC sec 362 is immediately terminated with respect to the real property described as the Washburn Creek Ranch (the "Property"),[1] and that the fourteen day stay of any order granting relief pursuant to Bankruptcy Rule 4001(a)(3) is waived.

2.    Mentaberrys may complete the foreclosure sale on the Property and may pursue eviction proceedings and orders so long as no action with respect to such eviction is taken before September 16, 2013. Debtors agree that they will not oppose the foreclosure, or entry of the eviction

---

[1]    The property more specifically identified by the legal description and assessor's parcel numbers on the deed of trust recorded in Humboldt County. *See* Exhibit 2, attached to the Motion to Lift Stay (Dkt. #27).

1

1 | orders. If the Debtors have not vacated the property by September 15, 2013, the Debtors agree that
2 | they are unlawfully holding over and are subject to immediate lockout by the sheriff without further
3 | notice or process.

4 |     3. Debtors may but are not required to remain on the Property through September 15, 2013.

6 |     4. Debtors agree to vacate and surrender the property on or before September 15, 2013.

7 |     5. In the event Debtors file a subsequent bankruptcy, Debtors waive the protection of the automatic stay with respect to the Property.

9 |     6. In the event that there is an overbid which pays the Mentaberrys in full, the Trustee shall hold any surplus proceeds of sale pending further order of the bankruptcy court.

Dated this 24 day of June, 2013

ARMSTRONG TEASDALE LLP

/s/ Janet L. Chubb
JANET L. CHUBB, ESQ.
LOUIS M. BUBALA III, ESQ.

Counsel for Mentaberrys

Dated this 24 day of June, 2013

/s/ Paul Mark Jones, Jr.
PAUL MARK JONES, JR.

Debtor

Dated this 24 day of June, 2013

/s/ Marianne Eardley
MARIANNE EARDLEY

Chapter 7 Trustee

Dated this ___ day of June 2013

/s/ _____
MICHAEL LEHNERS, ESQ

Counsel for Debtors

Dated this 24 day of June, 2013

/s/ Mary Lynn Jones
MARY LYNN JONES

Debtor

2